

S T A T E   O F   M I C H I G A N

SUPREME COURT

October 12, 2010

CORONA CONSTRUCTION INC.,
       Plaintiff-Appellee,                   SC:  141596
                                             CoA: 295576
v                                         Wayne CC: 08-109892-CK

CHERYL GRAY, GREGORY GRAY AND
GRAY & GRAY PRODUCTIONS, INC.
              Defendants-Appellants.
_____

STATEMENT OF JUSTICE CORRIGAN DENYING MOTION FOR
DISQUALIFICATION

       CORRIGAN, J., denies defendants' motion to disqualify her from hearing this case and states as follows:

       Defendants seek my disqualification because I once served as a law clerk for the trial judge's father. That fact is not a basis on which my impartiality might reasonably be questioned. Accordingly, defendants have not identified a ground for my recusal.